UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ALICIA HODGE,**

    **Plaintiff,**

v.   Case No.   6:21-cv-1839-ACC-DAB

**ACOUSTI ENGINEERING COMPANY OF FLORIDA,**

    **Defendant.**

## ORDER

This cause is before the Court on Motion for Miscellaneous Relief (Doc. 31) filed on August 30, 2022.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 24, 2022 (Doc. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Miscellaneous Relief is hereby GRANTED.

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on November 16, 2022.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties